# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO. 08-CV-01383-LTB-KMT

ESTATE OF LETHA L. YBARRA,
Plaintiff,

v.

SSC PUEBLO OPERATING COMPANY, LLC, d/b/a MINNEQUA MEDICENTER,
Defendant.

---

## ORDER REGARDING ARBITRATION OF CLAIM
---

The Court, having reviewed the parties' stipulation regarding arbitration, hereby adopts the parties' stipulation and orders the following. The parties shall submit this matter for case resolution pursuant to the arbitration agreement entered into between the parties. Based upon this agreement to arbitrate, the defendant will respond to the plaintiff's Complaint once this matter has been referred to arbitration.

Dated: July 22, 2008            s/Lewis T. Babcock
                                Judge